# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **United States v. Marvin Mutch**<br>**2:26-cr-00013-DC** | *Date:* | **February 4, 2026** |
| *To:* | **The Honorable Chi Soo Kim** | *From:* | **Sam Stefanki**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Suite 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on February 6, 2026, for arraignment on the information filed on February 4, 2026, and for a waiver of indictment hearing to occur at the same time.

The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

The defendant is currently in custody at the Sacramento County Main Jail. The United States requests that he be transported for the arraignment.