ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARVIN MUTCH,<br>Defendant. | CASE NO. 2:26-CR-00013-DC<br>ORDER |

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' Stipulation filed on July 10, 2026 (Doc. No. 40), and good cause appearing therefrom, APPROVES the parties' request to continue the Sentencing Hearing and adjust the related briefing schedule. Accordingly, the case schedule is MODIFIED as follows:

1. The Sentencing Hearing set for August 28, 2026 is RESET for October 9, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

2. The Presentence Investigation Report (the "PSR") schedule is MODIFIED as follows:

a) A draft PSR shall be submitted to the parties by the assigned probation officer on or before September 4, 2026;

b) Informal objections to the draft PSR shall be submitted by the parties to the

assigned probation officer on or before September 17, 2026;

c) A final PSR shall be filed on the docket by the assigned probation officer on or before September 24, 2026;

d) Formal objections to the final PSR shall be filed by the parties on or before October 1, 2026, at 12:00 p.m.; and

e) Any sentencing memoranda shall be filed by the parties on or before October 1, 2026, at 12:00 p.m.

IT IS SO ORDERED.

Dated: **July 19, 2026**

Dena Coggins
United States District Judge