ERIC GRANT
United States Attorney
ADRIAN KINSELLA
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARVIN MUTCH,<br>Defendant. | CASE NO. 2:26-CR-00013-DC<br><br>UNITED STATES' SENTENCING MEMORANDUM |

Following discussions with counsel for defendant Marvin Mutch, the United States respectfully requests that the Court consider the instant sentencing memorandum in lieu of the government's filing at docket entry 44. *See* Sent'g Mem., Dkt. No. 44. The government withdraws that prior sentencing memorandum at docket entry 44 and asks that the Court disregard it.

## I. UNITED STATES' SENTENCING RECOMMENDATION

The government recommends that the Court sentence Mutch to serve seventy-eight months in prison. Such a sentence would be sufficient but no greater than necessary to achieve the purposes of criminal sentencing, considering the nature and circumstances of Mutch's offenses, his history and characteristics, and the need to afford adequate deterrence to criminal conduct. *See* 18 U.S.C. § 3553(a).

### A. Restitution

In his plea agreement, Mutch agrees to pay no less than $3,000 in restitution to each victim of his CSAM offense. Plea Agreement 3–4, Dkt. No. 34. Earlier this week, the government received

information from the National Center for Missing and Exploited Children that allows the process to begin for victims of Mutch's conduct to seek restitution. This means that no victims' losses are presently ascertainable for purposes of an otherwise mandatory restitution order. *See* 18 U.S.C. §§ 2259(a), 3664(d)(5).

Accordingly, the government requests that the Court defer the matter of restitution for ninety days as provided by federal law. *Id.* § 3664(d)(5). During that time, the government intends to engage Mutch's counsel in discussions that will hopefully lead to a stipulated restitution request being submitted to the Court without requiring a formal restitution hearing.

## II. CONCLUSION

The United States respectfully requests that the Court sentence defendant Marvin Mutch to serve seventy-eight months of imprisonment.

Dated: October 1, 2026

ERIC GRANT
United States Attorney

By: /s/ SAM STEFANKI
ADRIAN KINSELLA
SAM STEFANKI
Assistant United States Attorneys