ERIC GRANT
United States Attorney
ADRIAN KINSELLA
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARVIN MUTCH,<br>Defendant. | CASE NO. 2:26-CR-00013-DC<br>ORDER RESETTING RESTITUTION HEARING |

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 14, 2026 (Doc. No. 47), and good cause appearing therefrom, APPROVES the parties' Stipulation. Accordingly, the Restitution Hearing set for January 15, 2027, is VACATED and ADVANCED to January 8, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The court notes the Defendant's waiver of personal appearance for the Restitution Hearing.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dena Coggins
United States District Judge